**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CYNTHIA ZIMMERMAN,

       Plaintiff;

      v.

DS SERVICES OF AMERICA, INC.,

       Defendant.

Case No.:

Removed from the Circuit Court of Cook County Illinois, Case No. 2020L002359

## NOTICE OF REMOVAL

Defendant DS Services of America, Inc. ("Defendant"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, files this Notice of Removal on diversity grounds. In support of this Notice of Removal, Defendant states:

1.      On February 26, 2020, Plaintiff Cynthia Zimmerman ("Plaintiff") filed a complaint titled CYNTHIA ZIMMERMAN v. DS SERVICES OF AMERICA, Inc. d.b.a. Hinckley Springs, Case No. 2020 L 002359, in the Circuit Court of Cook County, Illinois. The complaint seeks recovery under the Illinois Human Rights Act, 775 ILCS 5/1 et seq. for sexual harassment based on gender, discrimination based on sexual orientation, failure to supervise employees, and for common law claims of intentional infliction of emotional distress and negligent supervision of employees. A copy of the complaint, together with all process and pleadings are attached as Exhibit A. These documents constitute "all process, pleadings, and orders" served upon Defendant in the state court action, as required by 28 U.S.C. § 1446(a).

2.      Title 28, Section 1332 provides that "the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of

$75,000, exclusive of interest and costs, and is between (1) citizens of different States . . ." 28 U.S.C. § 1332(a)(1).

3.      Complete diversity exists between the parties.

4.      Plaintiff is a citizen of the State of Illinois.  (*See* Exhibit A, Complaint ¶ 1).

5.      Although Plaintiff alleges that Defendant is regionally located in the City of Chicago, Illinois (*Id.* at ¶ 2), Defendant is not a citizen of Illinois.  As a corporation, Defendant is deemed a citizen of its state of incorporation and the state of its principal place of business.  *See* 28 U.S.C. § 1332(c)(1); *see also Hertz Corp. v. Friend*, 559 U.S. 77, 92-93, (2010).  Defendant is a Delaware corporation with its principal place of business at 2300 Windy Ridge Parkway, Suite 500N, Atlanta, GA 30339.  (Derek J. Dilberian Declaration, ¶¶ 3-4 (attached as Exhibit B).  As such, Defendant is a citizen of the States of Delaware and Georgia and the parties are completely diverse.  Therefore, the "citizenship" component of the removal analysis is satisfied.

6.      The Complaint does not specify the amount of money sought in this case, but Defendant believes in good faith that the amount in controversy in this matter exceeds $75,000, exclusive of costs and interests, as required by 28 U.S.C. § 1332(a).  Defendant's good faith belief is, in part, due to Plaintiff's potential alleged backpay damages.  As Plaintiff's hourly rate was $26.43 per hour, and it has thus far been a year and a half since her last day of employment with Defendant, Plaintiff's alleged backpay claim alone would satisfy the amount in controversy requirement ($26.43 per hour x 40 hours per week x  78 weeks = $82,462). Regardless, Defendant reserves the right to assert all defenses to both Plaintiff's claim of entitlement to, and amount of, damages.

7.      The summons and Complaint were served on Defendant on March 11, 2020.  This Notice of Removal is being filed within 30 days after receipt of the Complaint by Defendant and is thus timely under 28 U.S.C. 1446(b).

8.      Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).  Because this action was brought in the Circuit Court of Cook County, Illinois, venue for purposes of removal is proper in this Court:  Pursuant to 28 U.S.C. § 93(a)(1), this District and this Division embrace Cook County, Illinois, the place where this removed action has been pending.

9.      Written notice of the filing of this Notice of Removal has been given to Plaintiff together with a copy of the Notice of Removal and supporting papers, and has concurrently been filed with the Clerk of the Circuit Court of the Cook County, Illinois.

 **DATED: April 10, 2020**                              Respectfully submitted,

                                                        DS SERVICES OF AMERICA, INC.


                                                        By:_ *s/ Noah A. Finkel*
                                                                One of Its Attorneys

Noah A. Finkel
Gillian B. Lepore
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
(312) 460-5000
nfinkel@seyfarth.com
glepore@seyfarth.com

*Attorneys for Defendant*

3

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 10, 2020, she caused the foregoing **NOTICE OF REMOVAL** to be filed with the Clerk of the Court via the Court's electronic case filing/ecf system, and has served a true and correct copy of the same upon the following counsel of record via electronic mail/US mail:

Dan E. Garbis
The Garbis Law Firm, LLC
7330 North Cicero Avenue
Lincolnwood, Illinois 60712
(847) 982-9518
dgarbis@garbislawfirm.com

*s/ Gillian B. Lepore*

63103057v.2

4